*United States District Court*
*District of New Jersey*

August 18, 2010

**LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT**

Re:  Pipefitters Local Union No.274 v. Esoteric Mechanical
Civil No. 10-1780 (KSH)

Dear Counsel,

Our records indicate that a request for entry of default was filed on June 14, 2010. Default was subsequently entered on the docket on June 15, 2010 by the Clerk of the Court.

You are hereby directed to move this civil action by requesting that ***default judgment*** be entered within twenty (20) days from the date hereof.  **Should you fail to do so, this action shall be listed for dismissal for failure to prosecute on September 7, 2010.**

    **SO ORDERED**

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN, U.S.D.J.